## UNITED STATES BANKRUPTCY COURT
Division: Eastern Kentucky - Pikeville

In re Timmy Kidd,                                        Case No. 13-70501

### NOTICE OF WITHDRAWAL OF CLAIM

Notice is hereby given that Creditor, 245 Holdings, LLC, (aka INSOLVE RECOVERY, LLC) hereby withdraws its Proof of Claim.

Court Claim #:  2
Amount of Claim: $6,505.56
Date Claim Filed:  08/19/2013

Last Four Digits of Acct #: 5001

.

By: /s/ Nichlas P. Spallas _____        Date: 1/8/2014
 Capital Recovery Group, LLC
 (520) 615-4114, ext. 206
 Agent of Creditor